We will hear the cases in the order they appear on the calendar. However, the first three, Ramos-Morales v. Sessions, Gomez-Hurton-Andrews v. Sessions, and Hogue v. City of Quincy, have all been submitted under briefs. With regard to the fourth, Mehta v. U.S. Department of State, we received, after close of business yesterday, a voluntary dismissal, which we will grant. I gather that the lawyers are here. I should say that we have some—we would have preferred to be told this well before we spent the time that we did to prepare for this case. We spent, as I assume you know, a substantial amount of time preparing for calendar. And, you know, I don't know why this happened at the time it happened, but I would be surprised if something occurred in the meanwhile that couldn't have been anticipated earlier. So I hope that in the future you will consider, at some more expeditious time, whether the case is worth going forward with, especially since you're both here. So not only did we spend time and money, but you spent time and money. Anyway, thank you very much. And you're discharged. We will get an order out later today. Thank you.
judges: Thacker, Berzon, Hurwitz